IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL BONTY, SR.           )
                             )
              Petitioner,    )
                             )
vs.                          )        Case No. 05-cv-0797-MJR
                             )
UNITED STATES OF AMERICA,    )
                             )
              Respondent.    )

MEMORANDUM and ORDER

REAGAN, District Judge:

Commenced by Michael Bonty in November 2005, this civil case challenged a sentence imposed by the undersigned District Judge in an underlying criminal proceeding (Case No. 02-CR-30116). In July 2006, the undersigned Judge rejected Bonty's collateral attack and denied relief under 28 U.S.C. § 2255.

Bonty appealed in September 2006. On October 12, 2006, the undersigned Judge granted Bonty pauper status on appeal but denied a request for certificate of appealability (Doc. 18). The U.S. Court of Appeals for the Seventh Circuit denied a certificate of appeal in a mandate issued on May 8, 2007 (Doc. 30).

Both before and after the mandate issued, Bonty filed a series of motions seeking to reconsider or set aside this Court's July 2006 judgment. The undersigned Judge ruled on each of those motions, including Bonty's September 10, 2007 motion seeking additional time to file another appeal herein (Docs. 35, 36).

On November 5, 2007, Bonty filed a notice of appeal (Doc. 39) which contained a request for certificate of appealability (separately docketed as Doc. 40). The November 2007 appeal rehashes old arguments from prior pleadings in this case, including Bonty's fully-briefed § 2255 motion from 2005.

28 U.S.C. § 2253(c)(1)(B) provides that an appeal from the final order in a § 2255 proceeding may not be taken unless a Circuit or District Court Judge has issued a certificate of appealability. Assuming that Bonty's November 2007 pleading attempts to appeal "the final order in a § 2255 proceeding," then for the reasons stated in the Order denying § 2255 relief, this Court concludes that Bonty has <u>not</u> made "a substantial showing of the denial of a constitutional right." *See* **28 U.S.C. § 2253(c)(2).** Accordingly, the Court **DENIES** Bonty's motion for certificate of appealability (Doc. 40).

IT IS SO ORDERED.

DATED this 22nd day of January 2008.

s/ *Michael J. Reagan*
MICHAEL J. REAGAN
United States District Court